IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| XAVIER HOWARD, | \* |
| Plaintiff, | \* |
| v. | Case No. 5:21-cv-00177-MTT-TQL |
| | \* |
| SERGEANT WEBB, | |
| | \* |
| Defendant. | |
| | \* |

## J U D G M E N T

Pursuant to this Court's Order dated March 10, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 10th day of March, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk